UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARREN RASHAD TURNER,

Plaintiff,

v.

ALTAMIRANO,

Defendant.

Case No.: 1:26-cv-06427-EGC (PC)

**ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETED AND SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER**

30-Day Deadline

Plaintiff Darren Rashad Turner is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

**I. INTRODUCTION**

On July 31, 2026, Plaintiff filed a complaint in the Sacramento division of this Court. (Doc. 1.)

On August 12, 2026, Magistrate Judge Chi Soo Kim issued an Order transferring this action from the Sacramento division to the Fresno division as the violations alleged took place at the California Substance Abuse Treatment Facility located in Kings County. (Doc. 4.) Judge Kim noted Plaintiff's request to proceed *in forma pauperis* (IFP) had not been ruled on. (*Id.*)

**II. DISCUSSION**

A review of Plaintiff's application to proceed IFP reveals it is incomplete and unsigned. Each document submitted for filing must include the original signature of the filing party or

parties. *See* Local Rule 131; Fed. R. Civ. P. 11(a). Further, Plaintiff submitted only the first page of the IFP application (*see* Doc. 2); the Court's IFP application is two pages and page two requires that the applicant answer questions one through seven and that the application be dated and signed. Plaintiff will be ordered to submit a completed and signed IFP application.

**III. CONCLUSION AND ORDER**

Accordingly, this Court **HEREBY ORDERS** that:

1. The Clerk of the Court is directed to send Plaintiff a blank IFP application;
2. Plaintiff **SHALL** submit a *completed* and *signed* IFP application **within 30 days**; or
3. In the alternative, Plaintiff may pay the required $405 filing fee for this action.

**Plaintiff is advised that a failure to respond to this Order may result in a recommendation that this action be dismissed for a failure to obey court orders and failure to prosecute**.

IT IS SO ORDERED.

Dated: **August 13, 2026**

Erin Sing Castillo

UNITED STATES MAGISTRATE JUDGE