UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARREN RASHAD TURNER,

Plaintiff,

v.

ALTAMIRANO,

Defendant.

Case No.: 1:26-cv-06427-KES-EGC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY APPLICATION TO PROCEED IN FORMA PAUPERIS

Docs. 2, 10

Plaintiff Darren Rashad Turner is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 1, 2026, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed in forma pauperis be denied because his inmate trust statement indicated plaintiff had sufficient funds to pay the full filing fee for this action. Doc. 10. The findings and recommendations were served on plaintiff and notified him that any objections to the findings and recommendations were due within 14 days. *Id.* at 3-4. Plaintiff did not file any objections, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court reviewed this matter de novo. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on October 1, 2026, Doc. 10, are adopted in full;
2. Plaintiff's application to proceed in forma pauperis, filed July 31, 2026, Doc. 2, is denied; and
3. Plaintiff shall pay the required $405 filing fee for this action **within 30 days** of the date of service of this order. **A failure to comply with this order will result in the dismissal of this action.**

IT IS SO ORDERED.

Dated: November 1, 2026

UNITED STATES DISTRICT JUDGE